Fill in this information to identify the case:

Debtor name: Love Grace Holdings, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA
Case number (if known): 17-10057

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Affinity Bag<br>5507 Nesconset Hwy<br>Mt. Sinai, NY 11766 | | | | | | $30,375.00 |
| American Express<br>PO Box 650448<br>Dallas, TX<br>75265-0448 | | | | | | $410,119.55 |
| American Express<br>PO Box 650448<br>Dallas, TX<br>75206-0448 | | | | | | $160,000.00 |
| Binswanger Glass #086<br>9147 Cypress Creek Pkwy<br>Houston, TX 77070 | | | | | | $20,701.00 |
| Capitol Light<br>P.O. Box 418453<br>Boston, MA<br>02241-8453 | | | | | | $54,173.01 |
| Doug Kampen<br>8202 S. Hart's Mill Ln.<br>Baton Rouge, LA 70808 | | | | | | $350,250.82 |
| Florida Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0180 | | | | | | $84,000.00 |
| Iheart Media - Tampa<br>P.O. Box 406295<br>Atlanta, GA 30384-6295 | | | | | | $17,272.42 |

Debtor  Love Grace Holdings, Inc.
Name

Case number (if known) 17-10057

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Intex Flooring<br>15825 St. Highway 249<br>Ste 24<br>Houston, TX 77086 | | | | | | $87,779.44 |
| Lakeside Mall<br>P.O. Box 7001<br>Metairie, LA 70010 | | | | | | $28,767.36 |
| Lakey Electric Co<br>5730 Teague Rd.<br>Houston, TX 77041 | | | | | | $19,500.00 |
| Lancaster Construction Co.<br>9100 Bluebonnet Centre Blvd.<br>Suite 401<br>Baton Rouge, LA 70809 | | | | | | $47,204.06 |
| Legacy Management Group, LLC<br>1143 Meadow Lea<br>Baton Rouge, LA 70808 | | | | | | $400,000.00 |
| Lightspeed Retail<br>16th Floor<br>111 8th Ave.<br>New York, NY 10011 | | | | | | $82,245.75 |
| Moran Custom Finishes<br>50104 Flintrock Dr.<br>Georgetown, TX 78626 | | | | | | $37,508.00 |
| NI Design<br>11 Talcott Notch Rd<br>Farmington, CT 06032 | | | | | | $31,153.67 |
| Printing Tech<br>11930 S. Harrell's Ferry Rd<br>Baton Rouge, LA 70816-4090 | | | | | | $40,301.58 |
| SimplexGrinnell<br>Dept. CH 10320<br>Palatine, IL 60055-0320 | | | | | | $13,537.49 |
| UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | | | | $53,310.09 |

| Debtor | Love Grace Holdings, Inc. | Case number *(if known)* | 17-10057 |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| West Oaks Construction<br>P.O. Box 840438<br>Houston, TX 77284 | | | | | | $13,495.50 |