UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

LOVE GRACE HOLDINGS, INC.                      CASE NO. 17-10057

    DEBTOR                                      CHAPTER 11

## MEMORANDUM TO RECORD
## FOLLOWING TELEPHONE CONFERENCE

On the court's initiative, a telephone conference was held Friday, February 17, 2017 to discuss the proposed orders on the debtor's cash collateral and post-petition financing motions. Participating were

    Douglas S. Draper, Attorney for the Debtor
    Clay J. LeGros, Attorney for Home Bank, N.A.
    Robert C. Gravolet, Attorney for the U.S. Trustee

Because of a death in the family, counsel for the debtor only submitted proposed orders for the January 27, 2017 hearings on Thursday February 16, 2017. Accordingly, the court concluded that parties in interest would receive inadequate notice of the interim orders' provisions and the date of the final hearings. By agreement of debtor's counsel, to resolve the issues the court will treat the February 22, 2017 hearing as a further interim hearing, and at that hearing reschedule a final hearing on the two motions.

Baton Rouge, Louisiana, February 18, 2017.

                          **s/ Douglas D. Dodd**
                          DOUGLAS D. DODD
                UNITED STATES BANKRUPTCY JUDGE